**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Jacqueline Corley<br>U.S. Magistrate Judge | **RE:** | Marsich, Martin |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:18-CR-00370-WHA |

**Date:** August 20, 2018

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Katrina Chu                                                                                      415-436-7508

**U.S. Pretrial Services Officer**                                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

    **A. The defendant's computer will be monitored by Pretrial Services and he shall not access the dark web, MatelX or any file sharing sites such as Team Viewer. However, Team Viewer can be installed for the purposes of computer monitoring only.**

    B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_Jacqueline Scott Corley_                    August 21, 2018
**JUDICIAL OFFICER**                         **DATE**